## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR389** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JOSE ANTONIO CORDERO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's uncontested MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS AND BRIEFS [12].  Defendant has filed a waiver of speedy trial [13] as required by NECivR 12.1.  For good cause shown, I find that the motion should be granted.

**IT IS ORDERED:**

1.    Defendant's MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS AND BRIEFS [12] is granted.  Defendant is given until and including June 9, 2006 to file pretrial motions.

2.    The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **May 9, 2006 and June 9, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 5, 2006.**

> **BY THE COURT:**
>
> **s/ F.A. Gossett**
> **United States Magistrate Judge**