IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR389 |
| JOSE ANTONIO CORDERO, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

IT IS ORDERED:

1. That the following is set for hearing on **August 1, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, NE:

    Motion to Dismiss [15] and the Motion to Suppress Physical Evidence [16]

2. The defendant's Request to File Briefs After Evidentiary Hearing [17] is granted.   A briefing schedule will be set up following the evidentiary hearing.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge