IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR389 |
| JOSE ANTONIO CORDERO, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Continue Evidentiary Hearing [19]. The government has no objection. Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the defendant's Motion to Continue Evidentiary Hearing [19] is granted; and

2. The evidentiary hearing on the Motion to Dismiss [15] and the Motion to Suppress Physical Evidence [16] is continued to **October 13, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, NE.

3. A briefing schedule will be set up following the evidentiary hearing.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 14th day of July, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge