IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:05CR389 |
| JOSE ANTONIO CORDERO, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is defendant's Motion to Continue Evidentiary Hearing [21]. The motion is denied. The evidentiary hearing on the Motion to Dismiss [15] and the Motion to Suppress Physical Evidence [16] is set for **October 13, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett.

    IT IS SO ORDERED.

    DATED this 11th day of October, 2006.

                                                                 BY THE COURT:

                                                                 s/ F.A. Gossett
                                                                 United States Magistrate Judge