IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR389 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSE CORDERO, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defense counsel Richard Epstein's Motion to Withdraw (Filing

No. 36).  For good cause shown, the motion is granted and Richard Epstein is allowed to

withdraw as attorney of record for the defendant.

SO ORDERED.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Court